# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 15-2579; 16-1019   as

☑ Retained  ☐ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☐ Pro Bono  ☐ Government

COUNSEL FOR: Kenneth Reali, Joseph P. Slattery, Richard Randall, Michael Luetkemeyer, and Baxano Surgical, Inc. f/k/a TranS1, Inc.                                                                                    as the
                                              (party name)

☐ appellant(s)  ☑ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

/s/ Jonathan D. Sasser
         (signature)

| | |
|---|---|
| Jonathan D. Sasser | 919-865-7002 |
| Name (printed or typed) | Voice Phone |
| Ellis & Winters LLP | 919-865-7010 |
| Firm Name (if applicable) | Fax Number |
| P.O. Box 33550 | |
| Raleigh, NC 27636 | jon.sasser@elliswinters.com |
| Address | E-mail address (print or type) |

---

## CERTIFICATE OF SERVICE

I certify that on **January 7, 2016**   the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Jeremy Allan Lieberman<br>Tamar A. Weinrib<br>Pomerantz Haudek Grossman & Gross LLP<br>100 Park Avenue - 26th Floor<br>New York, NY 10017 | Gary Walker Jackson<br>The Jackson Law Group, PLLC<br>225 E. Worthington Avenue, Suite 200<br>Charlotte, NC 28203<br><br>John F. Cannon, Stradling Yocca Carlson & Rauth<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660 |

/s/ Jonathan D. Sasser                                                                January 7, 2016
         Signature                                                                                      Date

05/07/2014
SCC