Nos. 15-2579 (L) & 16-1019
(7:12-cv-00023-F)

_____

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

PHILLIP J. SINGER, Individually and on Behalf of All Other Persons Similarly Situated,

*Plaintiff-Appellants/Cross-Appellees,*

and

JOEL CAPLIN, Individually and on Behalf of All Other Persons Similarly Situated,

*Plaintiff*

v.

KENNETH REALI; JOSEPH P. SLATTERY; RICHARD RANDALL; MICHAEL
LUETKEMEYER; TRANS1, INC.

*Defendants-Appellees/Cross-Appellants*

_____

**DEFENDANTS-APPELLEES' OBJECTIONS TO
PLAINTIFF-APPELLANT'S DOCKETING STATEMENT**

_____

ELLIS & WINTERS LLP
Jonathan D. Sasser
Thomas H. Segars
Kelly Margolis Dagger
P.O. Box 33550
Raleigh, NC 27636
Telephone:  (919) 865-7000

STRADLING YOCCA CARLSON &
RAUTH, P.C.
John F. Cannon
Stephen L. Ram
Aaron C. Humes
660 Newport Center Drive Suite 1600
Newport Beach, CA 92660
Telephone:  (949) 725-4000

*Attorneys for Defendants-Appellees/Cross-Appellants TranS1, Inc.; Kenneth Reali; Joseph P.
Slattery; Richard Randall; and Michael Luetkemeyer*

Defendants-Appellees/Cross-Appellants TranS1, Inc., Kenneth Reali, Joseph P. Slattery, Richard Randall, and Michael Luetkemeyer (collectively, "Defendants-Appellees"), pursuant to Local Rule 3(b) of the United States Court of Appeals for the Fourth Circuit, hereby object to Plaintiff-Appellant's Docketing Statement (Dkt. No. 11) as follows:

1. <u>Nature of Case</u>.  The docketing statement is inaccurate because Plaintiff-Appellant describes the case as a "class action . . . on behalf of a class consisting of all persons or entities who purchased TranS1 securities during the period between February 21, 2008 and October 17, 2011, inclusive."  First, this case remains a putative class action because no class has been certified.  Second, as alleged in Plaintiff-Appellant's Second Amended Complaint, the putative class period is "between February 23, 2009 and October 17, 2011, inclusive."

Dated:  January 19, 2016                Respectfully submitted,


STRADLING YOCCA CARLSON & RAUTH, P.C.

/s/ Aaron C. Humes
John F. Cannon
Stephen Ram
Aaron C. Humes
660 Newport Center Drive Suite 1600
Newport Beach, CA 92660
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100
jcannon@sycr.com
sram@sycr.com
ahumes@sycr.com


ELLIS & WINTERS LLP

Jonathan D. Sasser
Thomas H. Segars
Kelly Margolis Dagger
P.O. Box 33550
Raleigh, NC 27636
Telephone:  (919) 865-7000
Facsimile:  (919) 865-7010

jonathan.sasser@elliswinters.com
tom.segars@elliswinters.com
kelly.dagger@elliswinters.com

*Counsel for Defendants-Appellees/Cross-Appellants*

2

## CERTIFICATE OF SERVICE

I certify that on January 19, 2016, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Jeremy A. Lieberman
Tamar A. Weinrib
Pomerantz LLP
600 3rd Avenue, 20th Floor
New York, NY 10016

Gary Walker Jackson
Jackson & McGee, LLP
225 East Worthington Avenue, Suite 200
Charlotte, NC 28203

/s/ Aaron C. Humes
Aaron C. Humes
*Counsel for Defendants-Appellees/Cross-Appellants*