NOS. 15-2579 & 16-1019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

PHILLIP J. SINGER, et al.,

                    Plaintiff - Appellant,
                    Cross-Appellee

- v -

KENNETH REALI, JOSEPH P. SLATTERY, RICHARD RANDALL,
MICHAEL LUETKEMEYER, and TRANS1, INC.,

                    Defendants –
Appellees,

                    Cross-Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA, SOUTHERN DIVISION
NO. 7:12-CV-00023-F, HON. JAMES C. FOX (SR. USDJ)

**NOTICE OF CONSENTED TO MOTION AND CONSENTED TO MOTION OF PLAINTIFF-APPELLANT FOR A MODIFICATION TO THE BRIEFING SCHEDULE**

PLEASE TAKE NOTICE, that Plaintiff-Appellant Phillip J. Singer ("Appellant") to the above-captioned action, by and through his undersigned counsel, hereby moves this Honorable Court, pursuant to Local Rule 27, for an

Order pursuant to Local Rule 31(c), modifying the briefing schedule in the above-captioned appeal. In support of this Motion, Appellant states:

1. Appellant is appealing the Order, entered May 14, 2014, and the Order, entered December 8, 2015, in the United States District Court for the United States District Court for the Eastern District of North Carolina, Southern Division, before the Honorable James C. Fox, which granted Defendants-Appellees Kenneth Reali, Joseph P. Slattery, Richard Randall, and Michael Luetkemeyer (the "Individual Defendants") and Defendant-Appellee Trans1, Inc.'s ("Trans1", and collectively, with the Individual Defendants, the "Appellees") motions to dismiss Plaintiff's Second Amended Complaint, respectively.

2. Appellees have filed a cross-appeal with respect to the District Court's May 5, 2014 Order finding that the Second Amended Complaint adequately pled loss causation.

3. On February 25, 2016, the Court entered a Briefing Order in connection with this appeal and the cross-appeal. (Dkt. No. 24). Pursuant to the Briefing Order, briefing is to proceed on the following schedule:

| | |
|---|---|
| Appellant's Opening Brief due: | April 4, 2016 |
| Appellees' Opening/response brief due: | May 20, 2016 |
| Appellant's Response/reply brief due: | June 20, 2016 |
| Appellees' Reply due: | 14 Days from service of Response/Reply Brief |

2

4. Appellant respectfully requests that the schedule be modified so that the due dates are extended as follows:

| | |
|---|---|
| Appellant's Opening Brief due: | April 14, 2016 |
| Appellees' Opening/response brief due: | May 30, 2016 |
| Appellant's Response/reply brief due: | June 30, 2016 |
| Appellees' Reply due: | 14 Days from service of Response/Reply Brief |

5. Appellant seeks this modification due to scheduling conflicts and the availability of staffing, which have impacted and continue to impact Appellant's ability to prepare both the appendix and the opening brief on the original schedule. Appellant also explored whether a negotiated resolution of this matter might be achieved, but the parties agree that a settlement of this matter is unlikely at this time.

6. This is Appellant's second request for an extension. Counsel for Appellant has communicated with Appellees' counsel; Appellees agree and stipulate to the requested extension by Appellant.

Dated: March 28, 2016            Respectfully submitted,

**POMERANTZ LLP**

By: *s/Michele S. Carino*

Jeremy A. Lieberman
Michele S. Carino

3

>600 Third Avenue
>New York, New York 10016
>Telephone: (212) 661-1100
>Facsimile: (212) 661-8665
>E-mail:  jalieberman@pomlaw.com
>mcarino@pomlaw.com